**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Navarre Corporation,

Plaintiff,

v.

InfoUSA, Inc.,

Defendant.

Court File No. 01 CV 2089 MJD/JGL

**STIPULATION CONSENTING TO DEFENDANT FILING FIRST AMENDED ANSWER**

---

Plaintiff Navarre Corporation and Defendant *info*USA, Inc. by their counsel, hereby stipulate and agree as follows:

WHEREAS Defendant filed its Answer to Plaintiff's Complaint and Demand for Jury Trial on November 21, 2001.

WHEREAS the Court's February 20, 2002 Pretrial Order permits parties to seek to amend pleadings by motion to April 1, 2002.;

WHEREAS Defendant seeks to amend its Answer to include additional affirmative defenses; and

WHEREAS the parties to this Stipulation have given their express authority and permission to their undersigned counsel to enter into this Stipulation and have agreed to be bound thereby;

IT IS THEREFORE HEREBY STIPULATED AND AGREED among the Plaintiff and Defendant that the Defendant may file its First Amended Answer to the Complaint without necessity of a motion.

Respectfully submitted,

MAR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 29, 2002.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Matthew L. Woods (205278)
Robyn E. Anderson (284269)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: 612-349-8500
Fax: 612-334-4181

ATTORNEYS FOR DEFENDANT

Dated: March 28, 2002.

WINTHROP & WEINSTINE, P.A.

By: ______________________
Jeffrey R. Ansel (166224)
Matthew R. McBride (261981)
Chuanpis Santilukka (305418)

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
Phone: (651) 290-8400
Fax: (651) 292-9347

ATTORNEYS FOR PLAINTIFF

Dated: March 29, 2002.

SO ORDERED.

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

idmsstp:652696_1