ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Navarre Corporation,

Plaintiff,

vs.

InfoUSA Inc.

Defendant.

Court File No. 01-2089 (MJD/JGL)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

## STIPULATION

All issues in the above-captioned action by and between the Plaintiff Navarre Corporation on the one hand, and Defendant InfoUSA Inc. on the other hand, having been fully and finally compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that all claims shall be dismissed with prejudice, upon the merits and without costs or disbursements to any party, and that any party hereto may forthwith, without notice to the other, apply to the Court pursuant to this Stipulation for an Order directing entry of judgment of dismissal of the entire action with prejudice and on the merits.

Dated: 4/22, 2002

WINTHROP & WEINSTINE, P.A.

By: Matthew R. McBride

Matthew R. McBride, #261981
Chuanpis Santilukka, #305418

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 290-8400

Attorneys for Plaintiff Navarre Corporation

FILED APR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 26
DEPUTY CLERK

Dated: April 25, 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Matthew L. Woods (205278)
Robyn E. Anderson (284269)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500

Attorneys for Defendant InfoUSA Inc.

**ORDER**

Pursuant to the foregoing Stipulation and upon the joint application of counsel,

IT IS HEREBY ORDERED, that all claims in the above-captioned matter are dismissed with prejudice, upon the merits and without costs or disbursements to any party, and that this action shall otherwise be dismissed in its entirety with prejudice and on the merits.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED this 26th day of April, 2002.

BY THE COURT:

By: ______________________
The Honorable Michael J. Davis
Judge of United States District Court

idmsstp:653749_1