# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Navarre Corporation

Case No. Civil 01-2089 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

InfoUSA Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that all claims in the above-captioned matter are dismissed with prejudice, upon the merits and without costs or disbursements to any party, and that this action shall otherwise be dismissed in its entirety with prejudice and on the merits.**

DATE: April 26, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch, Deputy Clerk